FILED
CLERK, U.S. DISTRICT COURT

FEB 1 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PAULINO GARCIA, | ) NO. CV 05-3504 SJO (FFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| M. KNOWLES, WARDEN, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: _____2/19/0Y_____

_____
S. JAMES OTERO
United States District Judge